# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:05CR360-C

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| JOSE GONZALEZ-CAMACHO ) | |
| ) | |
| ) | |

**THIS MATTER IS** before the Court upon Defendant's Motion to Seal (document #25) filed on April 12, 2006. For the reasons set forth in Defendant's Motion to Seal, the motion is **GRANTED**. The Order entered on March 30, 2006 (document #21) shall be **SEALED**.

**SO ORDERED.**

Signed: April 12, 2006

Carl Horn, III
United States Magistrate Judge